815 A.2d 628

NORTHWOOD CONSTRUCTION COMPANY, INC., Petitioner

v.

TOWNSHIP OF UPPER MORELAND, Respondent.

Supreme Court of Pennsylvania.

Jan. 24, 2003.

## ORDER

PER CURIAM.

AND NOW, this 24th day of January 2003, we **GRANT** the Petition for Allowance of Appeal, **LIMITED** to the following issue:

> Whether the Commonwealth Court erred in deciding that a municipality may impose a Business Privilege Tax on 100% of gross receipts of a business that is located in that subdivision but that performs a substantial amount of work outside of that subdivision?